**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01206

SCOTT M. RUNYON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

EVERQUOTE, INC.,

    Defendant.

**JOINT MOTION TO STAY PROCEEDINGS PENDING THE SUPREME COURT'S
DECISION IN *FACEBOOK INC. V. DUGUID*, CASE NO. 19-511**

Plaintiff Scott M. Runyon and Defendant EverQuote, Inc., hereby jointly move this Court for an order staying all proceedings in this case pending the United States Supreme Court's resolution of *Facebook Inc. v. Duguid*, Case No. 19-511 ("*Facebook*"). The decision in *Facebook* goes to the heart of this dispute because it will resolve the definition of an automatic telephone dialing system ("ATDS" or "autodialer") under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (the "TCPA").

If the Stay is granted, the Parties respectfully submit that they will file a "Notice of Decision" within 5 days of the *Facebook* opinion, and EverQuote will file its response to Plaintiff's Complaint within 7 days of the Parties providing notice. The Parties hereby expressly reserve all rights, defenses, claims, and arguments, including for EverQuote the contractual right to compel individual arbitration of Plaintiff's claims in this case.

Dated:  July 17, 2020        Respectfully submitted,

| | |
|---|---|
| /s/  Mohammed O. Badwan<br>Mohammed O. Badwan, Esq.<br>Joseph S. Davidson, Esq.<br>Victor T. Metroff, Esq.<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Avenue Suite 200<br>Lombard, IL 60148<br><br>Attorneys for Plaintiff | /s/ Brent R. Owen<br>Brent R. Owen, #45068<br>Squire Patton Boggs (US) LLP<br>1801 California Street, Suite 4900<br>Denver, Colorado  80202<br>O  303 830 1776<br>F  303 894 9239<br>Brent.owen@squirepb.com<br><br>Eric J. Troutman<br>Squire Patton Boggs (US) LLP<br>555 South Flower Street, 31st Floor<br>Los Angeles, California 90071<br>O   213 624 2500<br>F    213 623 4581<br>eric.troutman@squirepb.com<br><br>Amy Brown Doolittle<br>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, DC  20037<br>O  202 457 6000<br>F   202 457 6315<br>Amy.doolittle@squirepb.com<br><br>Attorneys for Defendant EverQuote, Inc. |

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2020, a copy of JOINT MOTION TO STAY PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN FACEBOOK INC. V. DUGUID, CASE NO. 19-511has been served via the CM/ECF filing system, to the following:

Mohammed O. Badwan, Esq.
Joseph S. Davidson, Esq.
Victor T. Metroff, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue Suite 200
Lombard, IL 60148

*Attorneys for Plaintiff*

*/s/ Brent R. Owen*
Brent R. Owen

- 3 -